**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00747-REB-KLM

CONNIE DIGIALLONARDO,

    Plaintiff,

v.

McCADDON CADILLAC BUICK GMC, INC.,
MARY McDONALD, and
MARK McDONALD,

    Defendants.

## ORDER

**Blackburn, J.**

    The matter is before the court on the **Stipulated Motion To Partially Dismiss With Prejudice** [#20][1] filed July 9, 2014.  After reviewing the motion and the record, I have concluded that the motion should be granted, that plaintiff's Second Claim for Relief for Retaliation and Interference in violation of the Family and Medical Leave Act be dismissed with prejudice, and that plaintiff's claims against defendant, Mark McCaddon, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Partially Dismiss With Prejudice** [#20] filed July 9, 2014, is **GRANTED**;

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

2. That plaintiff's Second Claim for Relief for Retaliation and Interference in violation of the Family and Medical Leave Act is **DISMISSED WITH PREJUDICE**;

3. That all of plaintiff's claims against defendant, Mark McCaddon, are **DISMISSED WITH PREJUDICE**;

4. That defendant, Mark McCaddon, is **DROPPED** from this action, and the caption is **AMENDED** accordingly; and

5. That by **July 31, 2014**, the remaining parties **SHALL FILE** a joint status report identifying which claims remain pending.

Dated July 10, 2014, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge