**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00747-REB-KLM

CONNIE DIGIALLONARDO,

    Plaintiff,

v.

McCADDON CADILLAC BUICK GMC, INC., and
MARY McDONALD,

    Defendants.

**MINUTE ORDER**[1]

    The matter is before the court on defendants' **Unopposed Motion To Vacate Trial Date** [#34][2] filed October 28, 2014.  The motion is **DENIED** without prejudice as premature.

    Dated:  October 29, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.