# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 14-cv-00747-REB-KLM

CONNIE DIGIALLONARDO,

    Plaintiff,

v.

McCADDON CADILLAC BUICK GMC, INC., and
MARY McDONALD,

    Defendants.

## MINUTE ORDER[1]

    The matter is before the court on defendants' **Unopposed Motion For Reconsideration** [#37][2] filed October 30, 2014.  After reviewing the motion and the record, the court has concluded that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That defendants' **Unopposed Motion For Reconsideration** [#37] filed October 30, 2014, is **GRANTED**;

    2.  That the Final Pretrial Conference and the Trial Preparation Conference set May 15, 2015, are **VACATED** and is **CONTINUED** pending further order of court;

    3.  That the jury trial set to commence June 1, 2015, is **VACATED** and is **CONTINUED** pending further order of court;

    4.   That on **December 2, 2014**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to reset the Final Pretrial Conference, Trial Preparation Conference and jury trial; and

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

       5.  That counsel for the defendants shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

       Dated:  November 3, 2014