IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00747-REB-KLM

CONNIE DIGIALLONARDO,

    Plaintiff,

v.

MCCADDON CADILLAC BUICK GMC INC., and
MARY MCDONALD,

    Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendants' **Unopposed Motion for Entry of Protective Order [#39]**[1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#39] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#39-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: November 24, 2014

---

[1] "[#39]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.