**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00747-REB-KLM

CONNIE DIGIALLONARDO,

    Plaintiff,

v.

McCADDON CADILLAC BUICK GMC, INC., and
MARY McDONALD,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal With Prejudice** [#44][1] filed December 23, 2014. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice with the parties to pay their own attorney fees and costs.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#44] filed December 23, 2014, is **APPROVED**;

2. That all extant pretrial deadlines are **VACATED**;

3. That all pending motions, including but not limited to **Defendants' Partial Motion To Dismiss** [#10], filed June 6, 2014, are **DENIED AS MOOT**;

---

[1] "[#44]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

      4.  That the Trial Preparation/Final Pretrial Conference set October 2, 2015, is **VACATED**;

      5.  That the jury trial set to commence October 19, 2015, is **VACATED**; and

      6.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated December 29, 2014, at Denver, Colorado.

                                            **BY THE COURT:**

                                            */s/ Robert E. Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge